UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA

**UNITED STATES OF AMERICA,**

         **Plaintiff,**

    **v.**

**RONALD ATKINS,**

         **Defendant.**

**Case No. CR00-5309FDB**

**INITIAL ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION**

**THIS MATTER** comes on for an initial hearing on the Petition of the United States Probation Office alleging that the defendant has violated the conditions of supervision.

The plaintiff appears through Assistant United States Attorney, Ye-Ting Woo.

The defendant appears personally and represented by counsel, Judith Mandel.

The U.S. Probation Office has filed a petition alleging violations of the terms and conditions of supervision, and the defendant has been advised of the allegations and freely and voluntarily admits violation #1 - failing to submit a written report to USPO within the first five days of March, April, May, and June, 2006, and violation #2 - using marijuana on or before August 2, 2006.

The court finds violations #1 & #2 are established and schedules a disposition hearing to be held at the time and date below set forth before Judge :

    *Date of hearing: Tuesday, November 21, 2006*

    *Time of hearing: 10:00am*

**IT IS ORDERED** that the defendant:

**(X)   Remain released under the current conditions of his supervised release.**

**( )   Be detained** for failing to show that he/she will not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court for further proceedings.

The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

                                   **October 31, 2006.**

                                   **s/ Karen L. Strombom**
                                   **Karen L. Strombom, U.S. Magistrate Judge**